```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                         20 cr 473 (VM)

SAIBO SIDIBEH,

               Defendant.
                                       Conference
------------------------------x

                                       New York, N.Y.
                                       September 30, 2020
                                       12:00 p.m.
Before:

                    HON. VICTOR MARRERO,

                                       District Judge

                         APPEARANCES

AUDREY STRAUSS
     Acting United States Attorney for the
     Southern District of New York
BY:  ANDREW ROHRBACH
     Assistant United States Attorney

DAVID E. PATTON
     Federal Defenders of New York, Inc.
     Attorney for Defendant
BY:  ARIEL WERNER
     Assistant Federal Defender

ROTHMAN, SCHNEIDER, SOLOWAY & STERN's, LLP
     Attorneys for Defendant Fall
BY: JEREMY SCHNEIDER

LAZZARO & GREGORY P.C.
     Attorneys for Defendant Danfakha

BY:  JAMES ANDREW KILDUFF

EVANS D. PRIESTON
     Attorney for Defendant Diallo
```

SOUTHERN DISTRICT REPORTERS, P.C.•
(212) 805-0300

```
KOCH LAW
     Attorneys for Defendant Diakite
BY:  LEE ADAM KOCH

DAWN M. FLORIO LAW FIRM PLLC
     Attorneys for Defendant Sabaly
BY:  DECLAN MURRAY

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
     Attorneys for Defendant Doumbia
BY:  JOHN BURKE
```

1            THE COURT:  Good afternoon.  This is Judge Victor
2    Marrero.  This is a proceeding in the matter of United States
3    v. Sidibeh and others.
4            Will counsel please enter your appearances for the
5    record.
6            MR. ROHRBACH:  Good afternoon, your Honor.  This is
7    Andrew Rohrbach for the government.
8            MS. WERNER:  Good morning, your Honor.  Federal
9    Defenders by Ariel Werner on behalf of Saibo Sidibeh.
10           MR. PRIESTON:  Evans Prieston on behalf of Mamadou
11   Diallo.
12           MR. KILDUFF:  James Kilduff appearing on behalf of
13   Mamady Danfakha.
14           MR. SCHNEIDER:  Jeremy Schneider -- good afternoon,
15   your Honor -- for Moukhamede Fall.
16           MR. KOCH:  Good morning, your honor.  Lee Koch for
17   Demba Diakite,
18           MR. PALMA:  Your Honor, for Abubackr Danso, Richard
19   Palma.  Mr. Danso is participating in this call by his
20   telephone at a different location.
21           MR. MURRAY:  Good morning, your Honor.  Good morning,
22   counsel.  Declan Murray of the Dawn Florio Law Firm appearing
23   on behalf of attorney of record, Dawn M. Florio, for
24   Mr. Mohammed Sabaly who is also on this call via telephone.
25           MR. BURKE:  Good afternoon, Judge.  For Bangaly

Doumbia, John Burke.

THE COURT: Anyone else? Anyone who has just joined?

DEFENDANT DANFAKHA: Mamady Danfakha.

THE COURT: Let me come back and indicate that this proceeding is taking place by teleconference. Let me acknowledge that defendants have a right to appear in person at these proceedings.

But under the Cares Act and the standing orders issued in this district by the chief judge in recognition of a coronavirus pandemic, we are authorized to proceed by teleconference with these proceedings, if the Court finds that either in person or video conference is not reasonably feasible at this time, given the pandemic. The Court in this case so finds.

The district's ability to conduct these proceedings, either in person or by video conference, is still limited, and teleconference is much more available and feasible.

Let me also acknowledge that in order to proceed by these means, it is necessary for us to confirm on the record that the defendants consent to proceeding in this manner by these means.

So I would like to ask counsel on behalf of each of the defendants to indicate whether you have discussed this matter with your client and whether your clients have consented to appearing in this proceeding via teleconference.

1    MS. WERNER:  Your Honor, I'm sorry.  I didn't mean to
2    interrupt.
3         THE COURT:  Did you just join the conference?
4         MS. WERNER:  No.  I was beginning to answer your
5    question, perhaps prematurely.
6         THE COURT:  I'm done.  If you would just perhaps go,
7    if possible, in the order in which you made your appearances.
8    If not, just go one at a time in the same manner in which you
9    made your appearances.
10        MS. WERNER:  Yes, your Honor.  Ariel Werner for
11   Mr. Saibo Sidibeh.  Mr. Sidibeh consents to this hearing being
12   conducted by teleconference.  He also waives his right to
13   appear today.  We filled out a written waiver of his appearance
14   for this conference, which I've provided to your Honor's
15   chambers yesterday.
16        THE COURT:  All right.  Let me facilitate things, and
17   I will call upon the counsel of record for the defendants -- or
18   call upon the defendant, and then counsel of record can then
19   respond to the question.
20        For Mr. Fall?
21        MR. SCHNEIDER:  Good afternoon, your Honor.  Jeremy
22   Schneider for Mr. Fall.  Yes, your Honor.  I have spoken with
23   Mr. Fall.  I informed him of his right to be present, either in
24   person or by telephone.  He waives his right to appear in
25   person, and he also waives his right to have to be appearing at

1  this telephone conference, and he authorized me to appear on
2  his behalf.  Thank you.
3              THE COURT:  Thank you.
4              Mr. Danfakha.
5              MR. KILDUFF:  James Kilduff for Mr. Danfakha.
6  Mr. Danfakha is on the line, Judge.  He does waive his right to
7  appear in person.  The Court can inquire of Mr. Danfakha
8  himself.  We have discussed it.  It's my understanding that he
9  has agreed to appear by telephone conference, but he is on the
10 line.
11             THE COURT:  Mr. Danfakha, would you confirm that you
12 have discussed this matter with counsel and that you consent to
13 appearing in this proceeding by teleconference.
14             DEFENDANT DANFAKHA:  Yes.
15             THE COURT:  Thank you.
16             Mr. Hydara.
17             MR. ROHRBACH:  Your Honor, this is Andrew Rohrbach for
18 the government.  Mr. Hydara is not attending the conference
19 today.  There is currently a bench warrant for his arrest.
20             THE COURT:  All right.  Thank you.
21             Mr. Diallo.
22             MR. PRIESTON:  Yes, your Honor.  Evans Prieston for
23 Mr. Diallo.  Mr. Diallo is here in my office.  I have discussed
24 with him his right to be present and to proceed by
25 teleconference.

```
 1              THE COURT:  Thank you.  Mr. Diakite.
 2              MR. KOCH:  This is Lee Koch, attorney for Mr. Diakite.
 3    He understands that he can be present.  He is present on the
 4    line and ready to go.
 5              THE COURT:  Has he consented to appearing by
 6    teleconference?
 7              MR. KOCH:  Yes, your Honor.
 8              THE COURT:  Thank you.
 9              Mr. Sabaly.
10              MR. MURRAY:  Declan Murray of the Dawn Florio Law Firm
11    for Mohammed Sabaly.  Attorney Florio discussed his right to
12    appear in person with him, and we consent to proceed via
13    teleconference.  It is my understanding that Mr. Sabaly is on
14    this call as well.
15              THE COURT:  Thank you.
16              Mr. Doumbia.
17              MR. BURKE:  John Burke for Mr. Doumbia.  We discussed
18    it, Judge.  We've discussed his right to be physically present.
19    He wants to proceed by teleconference.  I believe he's on the
20    call here.  I discussed this with him earlier today, and he
21    wants to proceed by telephone.
22              THE COURT:  Mr. Danso.
23              MR. PALMA:  Richard Palma for Mr. Danso.  Mr. Danso
24    and I have discussed his right to be present for a court
25    proceeding not only today, but we've done it in the past for
```

1  the other proceeding.
2          He's fully aware of that right.  He waives his right
3  to be physically present at the hearing and agrees to
4  participate by teleconference, which he is doing at this
5  moment.  He's present on the line, your Honor.
6          THE COURT:  All right.  I thank you very much.
7          Let me come back to a very crucial housekeeping matter
8  which I omitted to refer to before.
9          Do we have a court reporter on the line?
10         THE COURT REPORTER:  Yes.  Good afternoon, your Honor.
11         THE COURT:  Thank you very much.
12         Let us proceed.  This is the first appearance by the
13 defendants before the Court following their arraignment on the
14 underlying charges in the indictment.
15         Would the government please inform the Court and the
16 defendants with respect to discovery, schedules, and any other
17 matters that the government wishes to bring to the Court's
18 attention at this time.
19         MR. ROHRBACH:  This is Andrew Rohrbach for the
20 government.
21         The parties are currently discussing a protective
22 order in this case.  The categories of discovery we expect are
23 primarily bank records and other records from financial
24 institutions which will include surveillance images and videos,
25 as well as ESI evidence that relates to social media accounts.

1            The discovery is somewhat voluminous, but we expect to
2    be able to produce it fairly quickly following entry of a
3    protective order, assuming the parties are able to reach an
4    agreement.
5            The parties have not discussed a discovery schedule,
6    but the government would ask for three weeks in order to
7    conclude the conversations about the protective order and then
8    to make the production.
9            THE COURT:  All right.  The government requests three
10   weeks in order to conclude as much discovery as it has at the
11   moment.
12           Assuming three weeks for completion of that exchange,
13   production of discovery, have the defendants discussed the
14   matter and reached a consensus on how much time you would need
15   in order to review and be prepared for a next status
16   conference?
17           MR. SCHNEIDER:  Your Honor, this is Jeremy Schneider
18   for Mr. Moukhamede Fall.  While we haven't discussed it, I'm
19   hoping that I can speak for all of us when I say that given the
20   pandemic and the voluminous discovery, I think it would make
21   sense for us to come back probably in the middle of January
22   once we get the discovery because, as you well know, voluminous
23   bank records and social media records take a long time to
24   review.
25           So I would ask that we pick a status conference date

1  in mid January.  At that time, I think we'll all be in a better
2  position to tell you if we have been able to review all the
3  discovery or if we need more time.
4        And if we have had a chance to review it, then we can
5  tell you possibly if we have any motions.  But I don't know
6  that we would have enough time by then.  But that's my request
7  or suggestion, that we come back for a status conference in mid
8  January.
9        THE COURT:  Thank you.
10        I will ask the clerk to look at the calendar and see
11  the availability for a conference towards the latter part of
12  January.  We have a trial through the most of January.  So the
13  latter part may be more convenient.
14        THE DEPUTY CLERK:  Yes.  The trial is expected to
15  continue through January 29, but we could tentatively schedule
16  the conference for some time on that day.
17        THE COURT:  Why don't we look at the first week of
18  February, the first Friday in February instead.
19        THE DEPUTY CLERK:  Friday, February 5.  We could do
20  11:00 a.m. or any time thereafter.
21        THE COURT:  Let's aim for 11:00 on Friday, February 5.
22        Is the government able or have any difficulty with
23  that date?
24        MR. ROHRBACH:  The government is available, your
25  Honor.

1    THE COURT:  Does that date pose any difficulties for
2 any of the defense counsel?
3    I have not heard anything to the contrary.
4    Does the government have a motion on that schedule?
5    MR. ROHRBACH:  Yes, your Honor.  The government moves
6 to exclude time under the Speedy Trial Act until that date so
7 the government may produce discovery and the defendants will
8 have an opportunity to review it and consider any motions they
9 should like to file.
10    THE COURT:  All right.  On the government's motion to
11 exclude adjourned time from speedy trial calculations from
12 today through the next conference date on February 5, 2021, is
13 there any objection from any defendant?  If you do not have an
14 objection, you do not need to say anything.
15    Hearing none, I grant the government's motion.  I find
16 that the reasons conveyed to the Court warrant this exclusion
17 of time as it is intended to ensure the effectiveness of
18 counsel and to prevent any miscarriage of justice.
19    I find that the ends of justice served by the granting
20 of this continuance outweigh the best interests of the public
21 and the defendants in a speedy trial.  And I make these
22 findings pursuant to the applicable provisions of the Speedy
23 Trial Act.
24    Is there anything else from the government?
25    MR. ROHRBACH:  Nothing from the government.  Thank

1  you, your Honor.

2            THE COURT:  Is there anything else from any of the

3  defendants?

4            Hearing none, I thank you.  Have a good day and good

5  rest of the week.  Stay safe and healthy.

6            (Adjourned)