```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

          v.                        20 cr 473 (VM)(SN)(RA)

ABUBACKR DANSO,

               Defendant.
                                              Conference
------------------------------x

                                    New York, N.Y.
                                    January 5, 2021
                                    4:05 p.m.
Before:

          HON. SARAH NETBURN and RONNIE ABRAMS,

                                    District Judges

                       APPEARANCES

AUDREY STRAUSS
     Acting United States Attorney for the
     Southern District of New York
BY:  ANDREW ROHRBACH
     Assistant United States Attorney

RICHARD PALMA
     Attorney for Defendant


Also Present:
Rena Bolin, U.S. Pretrial Services
Dayshawn Bostic, U.S. Pretrial Services
```

 1                  (Case called)
 2                  JUDGE ABRAMS:  This is Judge Abrams.  We have
 3     Judge Netburn on the line, as well as our pretrial services
 4     officers.
 5                  Could you turn your camera on so we can see you.
 6                  THE DEFENDANT:  Sure.  No problem.  Just give me a
 7     second.
 8                  (Case called)
 9                  JUDGE NETBURN:  Can I have counsel for the government
10     state his appearance.
11                  MR. ROHRBACH:  Good afternoon, your Honor.  This is
12     Andrew Rohrbach on behalf of the defendant.
13                  JUDGE NETBURN:  Thank you.
14                  And on behalf of the defense?
15                  MR. PALMER:  Attorney Richard Palma.
16                  JUDGE NETBURN:  Thank you.
17                  Mr. Danso, can you see me?
18                  THE DEFENDANT:  Yes.  I can see you.
19                  JUDGE NETBURN:  My name is Judge Netburn.  I am here
20     with Judge Abrams.  I hope everybody on the call is healthy and
21     safe.  In light of the pandemic, we are conducting this
22     proceeding remotely by video conference.  And the defendant is
23     appearing by video.  I can see and hear him, and he can hear
24     and see me.
25                  We're authorized to hold this conference by video

1   under Section 15002 of the CARES Act and the standing orders of
2   our court.  Our chief district judge has specifically found
3   that in-person proceedings cannot be held without seriously
4   jeopardizing the health and safety of all participants.
5           Mr. Danso, we're here to conditionally approve your
6   participation in the Young Adult Opportunity Program.  But
7   before we formalize that participation, we wanted to make sure
8   that you understand exactly what that would entail.
9           So I'm going to ask you some questions.  If you have
10  any questions for us, please ask them.  Or if you need any time
11  to speak with your lawyer, please say so.  Okay?
12          THE DEFENDANT:  All right.
13          JUDGE NETBURN:  This will be a formal proceeding.
14  Then we'll have an opportunity to speak informally off the
15  record after this proceeding.  Okay?
16          THE DEFENDANT:  All right.  No problem.
17          JUDGE NETBURN:  As I'm sure you've discussed with your
18  lawyer, the idea behind this program is for you to receive
19  intensive pretrial supervision, which we, myself and
20  Judge Abrams, hope will help you make better choices in the
21  future.
22          If you're successful in the program, it may result in
23  you receiving a shorter sentence or possibly a reduction or
24  deferral or even a dismissal of those charges.
25          But the first thing you need to understand is that we

1   can't guarantee any of those things are going to happen, even
2   if you are successful.  There are no promises that any of those
3   results will happen.
4            Do you understand that?
5            THE DEFENDANT:  Yes.  I understand.
6            JUDGE NETBURN:  You should also understand that by
7   participating in this program, we're going to expect things
8   from you.  We're going to expect that you comply with all of
9   the conditions of your release, including participating in all
10  of our meetings.
11           And we will likely impose other requirements for you.
12  We may require that you continue your education, continue your
13  employment, remain drug free.  And we can talk about what those
14  other goals and requirements will be for you.
15           But the important thing right now is for you to
16  understand that your participation in this program means that
17  your supervision will be longer than it otherwise would be.  It
18  will be at least --
19           THE DEFENDANT:  One second.
20           (Pause)
21           JUDGE ABRAMS:  If there is somewhere quiet that you
22  could sit, Mr. Danso, during this proceeding, somewhere
23  private.
24           JUDGE NETBURN:  I was explaining to you that your
25  supervision will likely be longer than it otherwise would be.

1   It will be at least 12 months. And we're going to have real
2   expectations for you. There's going to be more involvement
3   from the judges, and we're going to expect that you are
4   continuing to grow and progress.
5            Do you understand all of that?
6            THE DEFENDANT: Yes. I understand.
7            JUDGE NETBURN: In addition to meeting with Ms. Bolin
8   from pretrial services, you're also going to meet with us and
9   all of the participants in the program on a monthly basis.
10  Those meetings happen on the first Tuesday of the month, which
11  means you're going to participate in the meeting today.
12           At those meetings, you need to make sure that you're
13  in a place where you can focus on the meetings, where you can
14  be heard and you can listen to the participants. That's really
15  important at these meetings.
16           THE DEFENDANT: All right.
17           JUDGE NETBURN: We're going to expect you to be honest
18  and forthcoming at those meetings and participate with your
19  peers. But you should understand that everything that we learn
20  about you during the participation in the program we could use
21  as part of our sentencing determination, should we get to that
22  point.
23           Do you understand that?
24           THE DEFENDANT: Yes. I understand.
25           JUDGE NETBURN: Okay. That said, you'll always retain

1   your right to remain silent if an answer to any question may
2   incriminate you.  And you can also always ask for your lawyer
3   to be present at the meeting.  Generally speaking, defense
4   lawyers are not at every meeting, but you can certainly invite
5   him to join if you'd like.
6           Do you understand all of that?
7           THE DEFENDANT:  Yes.  I understand.
8           JUDGE NETBURN:  Do you understand that your
9   participation in this program is voluntary, meaning that you do
10  not have to participate?
11          THE DEFENDANT:  Yes.  I understand.
12          JUDGE NETBURN:  And do you understand that if you
13  participate in this program, your case is going to be
14  transferred to Judge Abrams for all purposes, including
15  sentencing?  And that means that even if you were unsuccessful
16  in the program, the case will remain with Judge Abrams.
17          Do you understand all of that?
18          THE DEFENDANT:  Yes.  I understand.
19          JUDGE NETBURN:  Have you discussed with your attorney
20  your decision to participate in this program?
21          THE DEFENDANT:  Yeah.  We spoke about it.
22          JUDGE NETBURN:  And I know you've signed the consent
23  form.
24          Did you have an opportunity to discuss it before you
25  signed that form?

1           THE DEFENDANT:  Yes.  I discussed it with my lawyer.
2           JUDGE NETBURN:  And based on everything that's written
3    in that consent form and everything I've said to you here
4    today, do you still want to participate in this program?
5           THE DEFENDANT:  Yes.  So you said it's every Tuesday
6    at the beginning of the month for 12 months?
7           JUDGE NETBURN:  It's the first Tuesday of every month.
8    So today is the first Tuesday of the month.  Your participation
9    will last at least 12 months, meaning that's the minimum.
10          Many people end up participating for longer either
11   because maybe they've had some difficulties or struggles along
12   the way and they need some additional time to correct for
13   those.
14          THE DEFENDANT:  Yes.
15          JUDGE NETBURN:  Or because they have goals that they
16   want to achieve and they haven't achieved them yet.  So they
17   decide it's in their best interests to stay in the program in
18   order to achieve those goals.  So you should understand that it
19   will be at least at a minimum of 12 months.
20          THE DEFENDANT:  All right.  I understand.
21          JUDGE NETBURN:  Does the government wish to be heard?
22          MR. ROHRBACH:  No, your Honor.  Thank you.
23          JUDGE NETBURN:  Mr. Palma, do you wish to be heard?
24          MR. PALMER:  No.  Thank you.
25          JUDGE NETBURN:  So, Mr. Danso, we're going to accept

1  you into the program.  We believe in you.  We're looking
2  forward to getting to know you further.
3            I think at this point, I'm going to suggest that we go
4  off the record.
5            Judge Abrams, do you want to say anything before we go
6  off the record?
7            JUDGE ABRAMS:  No.  I look forward to getting to know
8  you better.
9            JUDGE NETBURN:  I think we can go off the record.  So
10 thank you to the court reporter.  You are excused.  Thank you
11 very much.
12           (Adjourned)