USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA, : 20 CR 473 (VM)
 :
 -against- :
 :  **ORDER**
SAIBO SIDIBEH, et al., :
 :
 Defendants. :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter scheduled for Friday, June 4, 2021 at 1:00 P.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated: New York, New York
 02 June 2021

_Victor Marrero_
Victor Marrero
U.S.D.J.