```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :      20 CR 473(VM)
         -against-                :         ORDER
                                  :
SAIBO SIDIBEH et al.,             :
                                  :
               Defendants.        :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The status conference in the above-captioned matter scheduled for Friday, May 6, 2022 at 11:00 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.


**SO ORDERED:**

Dated:   New York, New York
         04 May 2022

_____
Victor Marrero
U.S.D.J.