UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ABUBACKR DANSO |

20 CR 473-09 (RA)

**JOINT STIPULATION AND CONSENT ORDER**

WHEREAS, an indictment returned on or about September 10, 2020 charged defendant ABUBACKR DANSO with bank fraud and aggravated identity theft (Dkt. 49);

WHEREAS, in January 2021, the United States Pretrial Services Agency and the Government recommended, and the Court accepted, the defendant's entry into the Young Adult Opportunity Program ("YAOP") by which the defendant agreed to comply with certain terms and conditions to demonstrate his rehabilitation for a minimum of 12 months (Dkt. 83);

WHEREAS, the defendant has agreed to make restitution in the amount of $5,000 to the victim of the charged offense to further demonstrate his rehabilitation;

WHEREAS, the court has the discretion to order restitution as a prerequisite to the defendant's successful completion of the YAOP pursuant to the All Writs Act, which provides that "all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651;

WHEREAS, pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold funds on behalf of a defendant in pending cases;

WHEREAS, pursuant to 28 U.S.C. § 2042, the Clerk of Court is authorized to withdraw and apply the funds deposited by the defendant to any restitution ordered by the Court;

IT IS HEREBY ORDERED:

The defendant shall pay the total sum of $5,000 in restitution, in installments if necessary, but in full by June 15, 2022;

Payment(s) should be made by cashier's check or money order made payable to "Clerk of Court" and delivered to the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, Room 120, New York, New York 10007; and

The Clerk of Court shall accept and receive restitution payments from ABUBACKR DANSO and disburse the restitution in accordance with the Clerk's standard operating procedures as follows:

| Victim Name | Loss Amount | Payment Address |
|---|---|---|
| Bank of America | $5,000 | *USPS Address*<br>P.O. Box 790087<br>St. Louis, MO 63179<br><br>*FedEx Address*<br>800 Market St<br>St. Louis, MO 63101 |

AGREED:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____		6/2/2022
Andrew A. Rohrbach				DATE
One Saint Andrew's Plaza
New York, NY 10007

_____		5/31/2022
ABUBACKR DANSO				DATE

_____		5/31/2022
Richard Palma, Esq.				DATE
Counsel for ABUBACKR DANSO

SO ORDERED.
Dated: New York, New York
        June 1        , 2022

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE